AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Headwater Partners II LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-15-JRG-RSP; 2:24-cv-16-JRG-RSP |
| T-Mobile USA, Inc. et al; AT&T Services, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Partners II LLC                                                                                                      .

Date:   04/01/2024                                             /s/ Neil A. Rubin
                                                        *Attorney's signature*

                                             Neil A. Rubin CA Bar No. 250761
                                                 *Printed name and bar number*

                                                    Russ August & Kabat
                                             12424 Wilshire Blvd., 12th Floor
                                                    Los Angeles, CA 90025
                                                          *Address*

                                                    nrubin@raklaw.com
                                                       *E-mail address*

                                                      (310) 826-7474
                                                     *Telephone number*

                                                      (310) 826-6991
                                                        *FAX number*

Print     Save As...                                                                         Reset