AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Headwater Partners II LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-15-JRG-RSP; 2:24-cv-16-JRG-RSP |
| T-Mobile USA, Inc. et al; AT&T Services, Inc. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Partners II LLC                                                                                                                       .

Date:     04/01/2024                                                       /s/ James Milkey
                                                                                                   *Attorney's signature*

                                                                                 James Milkey CA Bar No. 281283
                                                                                              *Printed name and bar number*

                                                                                                  Russ August & Kabat
                                                                                         12424 Wilshire Blvd., 12th Floor
                                                                                                 Los Angeles, CA 90025
                                                                                                            *Address*

                                                                                                  jmilkey@raklaw.com
                                                                                                      *E-mail address*

                                                                                                     (310) 826-7474
                                                                                                    *Telephone number*

                                                                                                     (310) 826-6991
                                                                                                       *FAX number*

Print     Save As...                                                                                                                                  Reset