AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Headwater Partners II LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-15-JRG-RSP; 2:24-cv-16-JRG-RSP |
| T-Mobile USA, Inc. et al; AT&T Services, Inc. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Partners II LLC .

Date: 04/01/2024

/s/ Dale Chang
*Attorney's signature*

Dale Chang CA Bar No. 248657
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

dchang@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*