IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT LLC,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00015-JRG-RSP<br><br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00016-JRG-RSP<br><br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**HEADWATER'S ANSWER TO T-MOBILE'S COUNTERCLAIMS**

Plaintiff and Counterclaim-Defendant Headwater Partners II LLC ("Headwater") hereby answers Defendants and Counterclaimant-Plaintiffs' T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile" or "Defendants and Counterclaim-Plaintiffs"), counterclaims as follows:

**NATURE OF THE ACTION**

1. Headwater admits that it has sued T-Mobile for infringement of the '868 Patent, and '502 Patent and that there is a substantial, actual, and continuing controversy between Headwater and T-Mobile as to the infringement of the asserted patents. Headwater denies the remaining allegations of paragraph 1.

**THE PARTIES**

2. Admitted.

3. Admitted that Headwater Partners II LLC is a Texas limited liability company with its headquarters at 110 North College Avenue, Suite 1116, Tyler, Texas 75702.

## JURISDICTION AND VENUE

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Headwater admits that it has sued T-Mobile for infringement of the '868 Patent, and '502 Patent and that there is a substantial, actual, and continuing controversy between Headwater and T-Mobile as to the infringement of the asserted patents. Headwater denies the remaining allegations of paragraph 8.

## FIRST COUNTERCLAIM – NON-INFRINGEMENT

9. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

10. Admitted.

11. Admitted.

12. Admitted.

13. Denied.

## SECOND COUNTERCLAIM – INVALIDITY

14. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

15. Admitted.

16. Denied.

17. Denied.

18. Denied.

## **PRAYER FOR RELIEF**

In response to T-Mobile's prayer for relief, Headwater denies that T-Mobile is entitled to any relief, including any of the relief requested in paragraphs 1–5 of T-Mobile's prayer for relief. Further, Headwater requests the following relief:

WHEREFORE, Headwater respectfully requests that this Court enter:

a. A judgment in favor of Headwater that T-Mobile has infringed, either directly or indirectly, literally, under the doctrine of equivalents, or otherwise, the '868 Patent and the '502 Patent;

b. A permanent injunction prohibiting T-Mobile from further acts of infringement of the '868 Patent and the '502 Patent;

c. A judgment and order requiring T-Mobile to pay Headwater its damages, enhanced damages, costs, expenses, and pre-judgment and post-judgment interest for T-Mobile's infringement of the '868 Patent and the '502 Patent;

d. A judgment and order requiring T-Mobile to provide accountings and to pay supplemental damages to Headwater, including without limitation, pre-judgment and post-judgment interest;

e. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Headwater its reasonable attorneys' fees against T-Mobile; and

f. Any and all other relief as the Court may deem appropriate and just under the circumstances.

4

## **JURY DEMAND**

Headwater, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

| | |
|---|---|
| Dated: April 8, 2024 | Respectfully submitted,<br><br>*/s/ Marc Fenster*<br>Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Brian Ledahl<br>CA State Bar No. 186579<br>Email: bledahl@raklaw.com<br>Ben Wang<br>CA State Bar No. 228712<br>Email: bwang@raklaw.com<br>Adam Hoffman<br>CA State Bar No. 218740<br>Email: ahoffman@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Paul Kroeger<br>CA State Bar No. 229074<br>Email: pkroeger@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Kristopher Davis<br>CA State Bar No. 329627<br>Email: kdavis@raklaw.com<br>James S. Tsuei<br>CA State Bar No. 285530<br>Email: jtsuei@raklaw.com<br>Philip Wang<br>CA State Bar No. 262239<br>Email: pwang@raklaw.com<br>Amy Hayden<br>CA State Bar No. 287026<br>Email: ahayden@raklaw.com<br>James Milkey<br>CA State Bar No. 281283<br>Email: jmilkey@raklaw.com<br>Qi Peter Tong<br>TX State Bar No. 24119042<br>Email: ptong@raklaw.com<br>James Pickens |

CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT, Headwater Partners II LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of April 2024 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster
