# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant*, v. T-MOBILE USA, INC. AND SPRINT LLC, *Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00015-JRG-RSP (LEAD CASE) **JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant*, v. AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP., *Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00016-JRG-RSP (MEMBER CASE) **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Plaintiff Headwater Partners II LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile") and AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp. (collectively, "AT&T") (all together, the "Parties"), hereby jointly request that the Court enter the proposed Docket Control Order, attached hereto as Exhibit A, to align pre-trial deadlines in the case schedules between *Headwater Partners II LLC v. Cellco Partnership, D/B/A Verizon Wireless, and Verizon Corporate Services Group Inc.*, Case No. 2:24-cv-00007-JRG-RSP, *Headwater Partners II LLC v. T-Mobile USA, Inc. and Sprint LLC*, Case No. 2:24-cv-00015-JRG-RSP, *Headwater Partners II LLC v. AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp.*, Case No. 2:24-cv-00016-JRG-RSP.

Dated: April 8, 2024

| | |
|---|---|
| */s/ Jacob K. Baron*<br>Jacob K. Baron, Esq.<br>MA Bar No.: 652568<br>Email: jacob.baron@hklaw.com<br>Joshua C. Krumholz, Esq.<br>(LEAD COUNSEL)<br>(*Pro hac vice*)<br>MA Bar No.: 552573<br>Email: joshua.krumholz@hklaw.com<br>Jacob W. S. Schneider, Esq.<br>(*Pro hac vice*)<br>MA Bar No.: 675315<br>Email: jacob.schneider@hklaw.com<br>Allison M. Lucier, Esq.<br>(*Pro hac vice*)<br>MA Bar No.: 569193<br>Email: allison.lucier@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>10 Saint James Avenue; 11th Floor<br>Boston, MA 02116<br>Telephone: 617-523-2700<br>Facsimile: 617-523-6850<br><br>Nicholas Mathews<br>Texas State Bar No. 24085457<br>nmathews@McKoolSmith.com<br>Texas State Bar No. 24078867<br>Erik Fountain<br>efountain@McKoolSmith.com<br>Texas State Bar No. 24097701<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Deron R. Dacus<br>Texas Bar No. 00790553<br>E-mail: ddacus@dacusfirm.com<br>**THE DACUS FIRM, P.C**.<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701 | */s/ Marc Fenster*<br>Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Brian Ledahl<br>CA State Bar No. 186579<br>Email: bledahl@raklaw.com<br>Ben Wang<br>CA State Bar No. 228712<br>Email: bwang@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Paul Kroeger<br>CA State Bar No. 229074<br>Email: pkroeger@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Kristopher Davis<br>CA State Bar No. 329627<br>Email: kdavis@raklaw.com<br>James S. Tsuei<br>CA State Bar No. 285530<br>Email: jtsuei@raklaw.com<br>Philip Wang<br>CA State Bar No. 262239<br>Email: pwang@raklaw.com<br>Amy Hayden<br>CA State Bar No. 287026<br>Email: ahayden@raklaw.com<br>Jason M. Wietholter<br>CA State Bar No. 337139<br>Email: jwietholter@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474 |

| | |
|---|---|
| 903-705-1117 (phone) | *Attorneys for Plaintiff* |
| 903-581-2543 (fax) | *Headwater Partners II LLC* |

*Attorneys for Defendants T-Mobile USA, Inc.*
*Sprint LLC, AT&T Services, Inc., AT&T*
*Mobility, LLC and AT&T Corp.*

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorney for Defendants T-Mobile USA, Inc.*
*Sprint LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this April 8, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*