# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT LLC,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00015-JRG-RSP<br><br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00016-JRG-RSP<br><br>(MEMBER CASE TO 2:24-cv-00015-JRG-RSP)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER AND PROTECTIVE ORDER

Plaintiff Headwater Partners II LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile") and AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp. (collectively, "AT&T") (all together, the "Parties"), hereby jointly file this Motion for Extension of Time to File Proposed Discovery Order and Protective Order.

The current deadline for the Parties to file their proposed discovery order and protective order is April 15, 2024. The Parties have been diligently preparing these materials and respectfully request a brief extension of time to finalize these materials, which will enable the parties to reach further compromises on their competing proposals. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served. This extension will not impact any other case deadlines.

Accordingly, the Parties respectfully request that the Court extend the deadline for filing their proposed discovery order and protective order by ten days to April 25, 2024.

Dated:  April 15, 2024

/s/  Jacob K. Baron
Jacob K. Baron, Esq.
MA Bar No.: 652568
Email: jacob.baron@hklaw.com
Joshua C. Krumholz, Esq.
(LEAD COUNSEL)
(*Pro hac vice*)
MA Bar No.: 552573
Email: joshua.krumholz@hklaw.com
Jacob W. S. Schneider, Esq.
(*Pro hac vice*)
MA Bar No.: 675315
Email: jacob.schneider@hklaw.com
Allison M. Lucier, Esq.
(*Pro hac vice*)
MA Bar No.: 569193
Email: allison.lucier@hklaw.com
**HOLLAND & KNIGHT LLP**
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

Deron R. Dacus
Texas Bar No. 00790553
E-mail: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)

*Attorneys for Defendants T-Mobile USA, Inc. Sprint LLC, AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp.*

Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Texas State Bar No. 24078867
Erik Fountain
efountain@McKoolSmith.com
Texas State Bar No. 24097701
MCKOOL SMITH, P.C.

Respectfully submitted,

/s/ Marc Fenster
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff*
*Headwater Partners II LLC*

300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*Attorneys for Defendants AT&T Services, Inc.,
AT&T Mobility LLC and AT&T Corp.*

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorney for Defendants T-Mobile USA, Inc.
Sprint LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this April 15, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Marc Fenster*
                                                Marc Fenster

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

                                                */s/ Marc Fenster*
                                                Marc Fenster