# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT LLC,<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00015-JRG-RSP<br><br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00016-JRG-RSP<br><br>(MEMBER CASE TO 2:24-cv-00015-JRG-RSP)<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER AND PROTECTIVE ORDER

Pending before the Court is Plaintiff Headwater Partners II LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile") and AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp. (collectively, "AT&T") (all together, the "Parties"), Joint Motion for Extension of Time to File Proposed Discovery Order and Protective Order. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed discovery order and protective order is extended to April 25, 2024. All other deadlines shall remain in place absent

further leave of Court.