# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:24-cv-00015-JRG-RSP |
| v. | § § | (Lead Case) |
| T-MOBILE US, INC. *et al.* and SPRINT CORP., | § § § § | |
| *Defendants*. | § § § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Discovery Order and Protective Order filed by Plaintiff Headwater Partners II LLC and Defendants T-Mobile USA, Inc., Sprint LLC, AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp.. **Dkt. No. 44.** After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for the parties' to file a proposed Protective Order and a proposed Discovery Order is April 25, 2024.

**SIGNED** this 17th day of April, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE