UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant*, v. T-MOBILE USA, INC. AND SPRINT LLC, *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00015-JRG-RSP (LEAD CASE) **JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant*, v. AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP., *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00016-JRG-RSP (MEMBER CASE) **JURY TRIAL DEMANDED** |

### JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

Plaintiff Headwater Partners II LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile") and AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp. (collectively, "AT&T") (all together, the "Parties"), hereby jointly request that the Court enter the proposed Discovery Order, attached hereto as Exhibit A.

Dated: April 25, 2024

| | |
|---|---|
| */s/ Jacob K. Baron* | */s/ Marc Fenster* |
| Jacob K. Baron, Esq. | Marc Fenster |
| MA Bar No.: 652568 | CA State Bar No. 181067 |
| Email: jacob.baron@hklaw.com | Email: mfenster@raklaw.com |
| Joshua C. Krumholz, Esq. | Reza Mirzaie |
| (LEAD COUNSEL) | CA State Bar No. 246953 |
| (*Pro hac vice*) | Email: rmirzaie@raklaw.com |
| MA Bar No.: 552573 | Brian Ledahl |
| Email: joshua.krumholz@hklaw.com | CA State Bar No. 186579 |
| Jacob W. S. Schneider, Esq. | Email: bledahl@raklaw.com |
| (*Pro hac vice*) | Ben Wang |
| MA Bar No.: 675315 | CA State Bar No. 228712 |
| Email: jacob.schneider@hklaw.com | Email: bwang@raklaw.com |
| Allison M. Lucier, Esq. | Dale Chang |
| (*Pro hac vice*) | CA State Bar No. 248657 |
| MA Bar No.: 569193 | Email: dchang@raklaw.com |
| Email: allison.lucier@hklaw.com | Paul Kroeger |
| **HOLLAND & KNIGHT LLP** | CA State Bar No. 229074 |
| 10 Saint James Avenue; 11th Floor | Email: pkroeger@raklaw.com |
| Boston, MA 02116 | Neil A. Rubin |
| Telephone: 617-523-2700 | CA State Bar No. 250761 |
| Facsimile: 617-523-6850 | Email: nrubin@raklaw.com |
| | Kristopher Davis |
| Nicholas Mathews | CA State Bar No. 329627 |
| Texas State Bar No. 24085457 | Email: kdavis@raklaw.com |
| nmathews@McKoolSmith.com | James S. Tsuei |
| Texas State Bar No. 24078867 | CA State Bar No. 285530 |
| Erik Fountain | Email: jtsuei@raklaw.com |
| efountain@McKoolSmith.com | Philip Wang |
| Texas State Bar No. 24097701 | CA State Bar No. 262239 |
| **MCKOOL SMITH, P.C.** | Email: pwang@raklaw.com |
| 300 Crescent Court Suite 1500 | Amy Hayden |
| Dallas, TX 75201 | CA State Bar No. 287026 |
| Telephone: (214) 978-4000 | Email: ahayden@raklaw.com |
| Telecopier: (214) 978-4044 | Jason M. Wietholter |
| | CA State Bar No. 337139 |
| Deron R. Dacus | Email: jwietholter@raklaw.com |
| Texas Bar No. 00790553 | James N. Pickens |
| E-mail: ddacus@dacusfirm.com | CA State Bar No. 307474 |
| **THE DACUS FIRM, P.C.** | Email: jpickens@raklaw.com |
| 821 ESE Loop 323, Suite 430 | **RUSS AUGUST & KABAT** |
| Tyler, Texas 75701 | 12424 Wilshire Blvd. 12th Floor |
| 903-705-1117 (phone) | Los Angeles, CA 90025 |
| 903-581-2543 (fax) | Telephone: 310-826-7474 |

| | |
|---|---|
| *Attorneys for Defendants T-Mobile USA, Inc. Sprint LLC, AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp.* | *Attorneys for Plaintiff Headwater Partners II LLC* |

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorney for Defendants T-Mobile USA, Inc. Sprint LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this April 25, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Marc Fenster*
                                              Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

                                              */s/ Marc Fenster*
                                              Marc Fenster