**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC | § | CASE NO. 2:24-cv-00015-JRG-RSP |
| v. | §§ | (Lead Case) |
| T-MOBILE USA, INC., *et al* | §§§ | |

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC | §§ | CASE NO. 2:24-cv-00016-JRG-RSP |
| v. | §§ | (Member Case) |
| AT&T SERVICES, INC., *et al* | §§§ | |

**UNOPPOSED MOTION TO WITHDRAW AS**

Plaintiff Headwater Partners II LLC moves for Robert Christopher Bunt, Charles Ainsworth, and Parker Bunt & Ainsworth, PC, to be permitted to withdraw as counsel for Plaintiff in this case.  Plaintiff will continue to be represented by the law firm of Russ August & Kabat.  The withdrawal of Robert Christopher Bunt and Charles Ainsworth will not prejudice any party.  Defendants do not oppose this Motion.

Plaintiff further requests the Clerk terminate all CM/ECF notifications as to Robert Christopher Bunt and Charles Ainsworth for this action.

Dated: July 16, 2024.                    Respectfully submitted,

**PARKER, BUNT & AINSWORTH, P.C.**

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
Texas State Bar No. 00787165
Charles Ainsworth
Texas State Bar No.  00783521
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel. (903) 531-3535
rcbunt@pbatyler.com

1

charley@pbatyler.com

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**Attorneys for Plaintiff**

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on July 16, 2024 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Robert C. Bunt*
ROBERT CHRISTOPHER BUNT

## **CERTIFICATE OF CONFERENCE**

On July 15, 2024, counsel for Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h). Defendants do not oppose the relief sought herein.

*/s/ Robert C. Bunt*
ROBERT CHRISTOPHER BUNT