# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC | § § § | CASE NO. 2:24-cv-00015-JRG-RSP |
| v. | § § | (Lead Case) |
| T-MOBILE USA, INC., *et al* | § § | |

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC | § § § | CASE NO. 2:24-cv-00016-JRG-RSP |
| v. | § § | (Member Case) |
| AT&T SERVICES, INC., *et al* | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff's Unopposed Motion to Withdraw Robert Christopher Bunt, Charles Ainsworth, and Parker Bunt & Ainsworth as counsel for Plaintiff. The Court, having considered same, is of the opinion the motion should be GRANTED.

It is further ORDERED that the Clerk shall terminate all CM/ECF notifications as to Robert Christopher Bunt and Charles Ainsworth for this action.

11056285