**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:24-cv-00015-JRG-RSP |
| T-MOBILE USA, INC. and SPRINT LLC, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Intervene filed by Ericsson Inc., **Dkt. No. 55**, and the Unopposed Motion for Leave to Intervene filed by Nokia of America Corporation, **Dkt. No. 59**. Nokia and Ericsson moved to intervene pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, pursuant to Rule 24(b). Having considered the Motions, their unopposed nature, and the relevant authorities, the Court finds that the Motions should be and hereby are **GRANTED**. Accordingly, Nokia and Ericsson are permitted to intervene in the above captioned case under Rule 24(b), and are **GRANTED LEAVE** to file responsive pleadings in intervention.

**SIGNED this 19th day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE