**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:24-cv-00015-JRG-RSP |
| T-MOBILE USA, INC. and SPRINT | § | |
| LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel filed by Plaintiff Headwater Partners II LLC. **Dkt. No. 53.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Robert Christopher Bunt, Charles Ainsworth, and the firm Parker Bunt & Ainsworth, PC are withdrawn as counsel for Plaintiff in the above captioned case.

**SIGNED this 19th day of July, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE