# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT LLC,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00015-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00016-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00007-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local Patent Rule 4-3, and the Court's Docket Control Order (Dkt. 42), Plaintiff Headwater Partners II LLC ("Headwater"), Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile"), AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp. (collectively, "AT&T"), and Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate

Services Group Inc. (collectively, "Verizon") (all together, "Defendants"), and Intervenor-Defendants' Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") (together, "Intervenor-Defendants") respectfully submit the following Joint Claim Construction and Prehearing Statement.

### I. AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(1))

The parties have not identified any agreed claim constructions.

### II. DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(2))

The parties' proposed constructions of disputed terms for U.S. Patent No. 9,094,868 ("'868 patent") and U.S. Patent No. 9,413,502 (the "'502 patent") are provided in the charts below. These proposed constructions are also set forth in the accompanying **Exhibit A**, along with the intrinsic and extrinsic evidence on which the parties intend to rely.

#### A. The '868 Patent

| Term No. | Claim Term | Headwater's Proposed Construction | Defendants' and Intervenor-Defendants' Proposed Construction |
|---|---|---|---|
| 1 | "link partner" (claims 6, 8, and 33) | No construction necessary; plain and ordinary meaning. | a device with which another device communicates (e.g., a UE or base station) |
| 2 | "UE link" (claims 16, 17) | No construction necessary; plain and ordinary meaning. | connection between UE and base station |
| 3 | "wherein at least one of the plurality of positionings or the estimated at least one future positioning of the UE further comprises at least one of an error, an accuracy, a deformation, a velocity, an acceleration" (claim 23) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite under 35 U.S.C. § 112 |

## B. The '502 Patent

| Term No. | Claim Term | Headwater's Proposed Construction | Defendants' and Intervenor-Defendants' Proposed Construction |
|---|---|---|---|
| 1 | directly to the first data network / directly with a first data network<br><br>(claims 1, 28, 30, and 31) | No construction necessary; plain and ordinary meaning. | No written description under 35 U.S.C. § 112. |
| 2 | through a **selectable one of to** the second data network<br><br>(claims 1, 28, 30) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite under 35 U.S.C. § 112. |
| 3 | one or more second **parameters of associated with** the second data network<br><br>(claim 19) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite under 35 U.S.C. § 112. |
| 4 | wherein the first parameter of the bUE device selection is based on a joint first parameter between at least two of the plurality of bUE devices<br><br>(claim 20) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite under 35 U.S.C. § 112. |
| 5 | wherein the joint first parameter enables joint or simultaneous wireless communication on a shared resource block (RB) of at least two of the plurality of bUE devices<br><br>(claim 21) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite under 35 U.S.C. § 112. |
| 6 | further comprising selecting the plurality of bUE devices such that at least one of the one or more UE devices has an associated bUE, thereby enabling joint or simultaneous wireless communication over one or more shared resource blocks (RB)<br><br>(claim 22) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite under 35 U.S.C. § 112. |

**III.    ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(3))**

The parties estimate that one and a half hours will be needed for the claim construction hearing. The parties agree that each side will be allocated half of the total time permitted for the hearing.

**IV.    PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(4))**

No party proposes to call witnesses at the claim construction hearing.

**V.    OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(5))**

The parties are not currently aware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated: December 13, 2024

| | |
|---|---|
| /s/ Jacob K. Baron | /s/ Marc Fenster |
| Jacob K. Baron, Esq. | Marc Fenster |
| (LEAD COUNSEL) | CA State Bar No. 181067 |
| MA Bar No.: 652568 | Email: mfenster@raklaw.com |
| Email: jacob.baron@hklaw.com | Reza Mirzaie |
| Joshua C. Krumholz, Esq. | CA State Bar No. 246953 |
| (*Pro hac vice*) | Email: rmirzaie@raklaw.com |
| MA Bar No.: 552573 | Brian Ledahl |
| Email: joshua.krumholz@hklaw.com | CA State Bar No. 186579 |
| Jacob W. S. Schneider, Esq. | Email: bledahl@raklaw.com |
| (*Pro hac vice*) | Ben Wang |
| MA Bar No.: 675315 | CA State Bar No. 228712 |
| Email: jacob.schneider@hklaw.com | Email: bwang@raklaw.com |
| Allison M. Lucier, Esq. | Dale Chang |
| (*Pro hac vice*) | CA State Bar No. 248657 |
| MA Bar No.: 569193 | Email: dchang@raklaw.com |
| Email: allison.lucier@hklaw.com | Adam Hoffman |
| **HOLLAND & KNIGHT LLP** | CA State Bar No. 218740 |
| 10 Saint James Avenue; 11th Floor | Email: ahoffman@raklaw.com |
| Boston, MA 02116 | Paul Kroeger |
| Telephone: 617-523-2700 | CA State Bar No. 229074 |
| Facsimile: 617-523-6850 | Email: pkroeger@raklaw.com |
| | Neil A. Rubin |
| Deron R. Dacus | CA State Bar No. 250761 |
| Texas Bar No. 00790553 | Email: nrubin@raklaw.com |
| E-mail: ddacus@dacusfirm.com | Kristopher Davis |
| **THE DACUS FIRM, P.C**. | CA State Bar No. 329627 |
| 821 ESE Loop 323, Suite 430 | Email: kdavis@raklaw.com |
| Tyler, Texas 75701 | James S. Tsuei |
| 903-705-1117 (phone) | CA State Bar No. 285530 |
| 903-581-2543 (fax) | Email: jtsuei@raklaw.com |
| | Philip Wang |
| *Attorneys for Defendants T-Mobile USA, Inc., Sprint LLC, AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc., and Intervenor-Defendants Ericsson Inc. and Nokia of America Corporation* | CA State Bar No. 262239 |
| | Email: pwang@raklaw.com |
| | Amy Hayden |
| | CA State Bar No. 287026 |
| | Email: ahayden@raklaw.com |
| | James A. Milkey |
| | CA State Bar No. 281283 |
| | Email: jmilkey@raklaw.com |
| | Jason M. Wietholter |
| Nicholas Mathews | CA State Bar No. 337139 |
| Texas State Bar No. 24085457 | Email: jwietholter@raklaw.com |
| nmathews@McKoolSmith.com | James N. Pickens |
| Texas State Bar No. 24078867 | |

Erik Fountain
efountain@McKoolSmith.com
Texas State Bar No. 24097701
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*Attorneys for Defendants AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp.*

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorney for Defendants T-Mobile USA, Inc. and Sprint LLC*

CA State Bar No. 307474
Email: jpickens@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Partners II LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this December 13, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster
