IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT LLC,<br><br>*Defendants.* | Case No. 2:24-cv-00015-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP.,<br><br>*Defendants.* | Case No. 2:24-cv-00016-JRG-RSP<br><br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP.,<br><br>*Defendants.* | Case No. 2:24-cv-00007-JRG-RSP<br><br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**JOINT, PARTIAL MOTION TO DISMISS**

Plaintiff Headwater Partners II LLC ("Headwater"), Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile"), AT&T Services Inc., AT&T Mobility LLC and AT&T Corp. (collectively, "AT&T"), Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. ("Verizon"), and Intervenor-Defendants Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") (collectively, the "Parties") jointly

1

move to partially dismiss the above-captioned actions, in connection with which the Parties stipulate as follows:

1. Plaintiff Headwater dismisses its claims of infringement of U.S. Patent No. 9,413,502 (the "'502 patent") against each of Defendants T-Mobile, AT&T, Verizon, and Intervenor-Defendants Ericsson and Nokia in the above-captioned actions *without prejudice*.

2. Defendants AT&T, T-Mobile, Verizon, and Intervenor-Defendants Ericsson and Nokia will dismiss all counterclaims, to the extent asserted, *without prejudice*.

3. Each Party shall bear its own fees and costs.

4. A proposed order is attached.

Dated:  December 30, 2024

**Headwater:**

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff Headwater Partners II LLC*

Respectfully Submitted,

**AT&T, T-Mobile, Verizon, Ericsson and Nokia:**

*/s/ Jacob K. Baron*
Jacob K. Baron, Esq.
MA Bar No.: 652568
Email: jacob.baron@hklaw.com
Joshua C. Krumholz, Esq.
(LEAD COUNSEL)
(*Pro hac vice* )
MA Bar No.: 552573
Email: joshua.krumholz@hklaw.com
Jacob W. S. Schneider, Esq.
(*Pro hac vice*)
MA Bar No.: 675315
Email: jacob.schneider@hklaw.com
Allison M. Lucier, Esq.
(*Pro hac vice*)
MA Bar No.: 569193
Email: allison.lucier@hklaw.com
**HOLLAND & KNIGHT LLP**
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

Deron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)

*Attorneys for Defendants T-Mobile USA, Inc., Sprint LLC, AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc., Ericsson Inc. and Nokia of America Corporation*

Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Texas State Bar No. 24078867
Erik Fountain
efountain@McKoolSmith.com
Texas State Bar No. 24097701
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*Attorneys for Defendants AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp.*

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorney for Defendants T-Mobile USA, Inc. and Sprint LLC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail on this 30th day of December, 2024.

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff Headwater and each of the Defendants AT&T, T-Mobile, Verizon, and Intervenor-Defendants Ericsson and Nokia conferred on multiple occasions via email and telephone between August 21, 2024 and December 30, 2024. All parties agree as to the relief requested in this motion.

*/s/ Marc Fenster*
Marc Fenster