IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT LLC,<br><br>*Defendants.* | Case No. 2:24-cv-00015-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP.,<br><br>*Defendants.* | Case No. 2:24-cv-00016-JRG-RSP<br><br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP.,<br><br>*Defendants.* | Case No. 2:24-cv-00007-JRG-RSP<br><br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER OF DISMISSALS**

Before the Court is the Joint, Partial Motion to Dismiss of Plaintiff Headwater Partners II LLC ("Headwater"), Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile"), AT&T Services Inc., AT&T Mobility LLC and AT&T Corp. (collectively, "AT&T"), Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. ("Verizon"), and Intervenor-Defendants Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia"). After consideration, the Court GRANTS the Motion.

IT IS HEREBY ORDERED, in accordance with the parties' Joint Motion, that:

1. Plaintiff Headwater's claims of infringement of U.S. Patent No. 9,413,502 in the above-captioned actions are hereby DISMISSED *without prejudice*; and

2. To the extent Defendant AT&T, Defendant T-Mobile, Defendant Verizon, Intervenor-Defendant Ericsson and Intervenor-Defendant Nokia have asserted any counterclaims, those counterclaims are hereby DISMISSED *without prejudice*.