# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC, | Case No. 2:24-cv-00015-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant,* | (Lead Case) |
| v. | **JURY TRIAL DEMANDED** |
| T-MOBILE USA, INC. AND SPRINT LLC, | |
| *Defendants and Counterclaimant-Plaintiffs.* | |
| HEADWATER PARTNERS II LLC, | Case No. 2:24-cv-00016-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant,* | (Member Case) |
| v. | **JURY TRIAL DEMANDED** |
| AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP., | |
| *Defendants and Counterclaimant-Plaintiffs.* | |
| HEADWATER PARTNERS II LLC, | Case No. 2:24-cv-00007-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant,* | (Member Case) |
| v. | **JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC., | |
| *Defendants and Counterclaimant-Plaintiffs.* | |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER
AND CANCEL CLAIM CONSTRUCTION PROCEEDINGS**

For the above-captioned cases, the Parties[1] jointly file this Joint Motion to Amend Docket Control Order and Cancel Claim Construction Proceedings as follows:

Under the operative Docket Control Order ("DCO," Dkt. 42 in the -015 case and Dkt. 33 in the -007 case), the Parties filed the Joint Claim Construction and Prehearing Statement on December 13, 2024 ("JCCS," Dkt. 66 in the -015 case). In the JCCS, the Parties identified and proposed constructions for six disputed terms for U.S. Patent Nos. 9,094,868 and 9,413,502.

Subsequently, (1) the Parties jointly moved to dismiss U.S. Patent No. 9,413,502 from the cases, and the Court granted the Parties' motion on January 2, 2025 (Dkt. 68 in the -015 case); and (2) Defendants and Intervenor-Defendants withdrew their proposed constructions for the three disputed terms of U.S. Patent No. 9,094,868 in the JCCS. Accordingly, the Parties agree that no claim construction is necessary, and the terms carry their plain and ordinary meaning.

Given the Parties' agreement, the Parties jointly request that the Court amend the DCO to remove the remaining claim construction deadlines and cancel the claim construction hearing. The dates to be removed are:

- January 24, 2025 – Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)

- February 12, 2025 – Comply with P.R. 4-5(b) (Responsive Claim Construction Brief)

- February 21, 2025 – *Comply with P.R. 4-5(c) (Reply Claim Construction Brief)

- February 21, 2025 – *Comply with P.R. 4-5(d) (Joint Claim Construction Chart)

---

[1] Collectively, the "Parties" are Plaintiff Headwater Partners II LLC ("Headwater"); Defendants T-Mobile USA, Inc and Sprint LLC ("T-Mobile"); Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Verizon"); AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp. ("AT&T) (all together, "Defendants"); and Intervenor-Defendants Ericsson Inc., and Nokia of America Corporation (together "Intervenor-Defendants").

- March 7, 2025 – *Claim Construction Hearing – 9:00 a.m. in Marshall, Texas before Judge Roy Payne.

A proposed amended DCO with these dates removed is attached as Exhibit A

Dated:  January 21, 2025

/s/ Jacob K. Baron
Jacob K. Baron, Esq.
(Lead Counsel)
MA Bar No.: 652568
Email: jacob.baron@hklaw.com
Joshua C. Krumholz, Esq.
(*Pro hac vice*)
MA Bar No.: 552573
Email: joshua.krumholz@hklaw.com
Jacob W. S. Schneider, Esq.
(*Pro hac vice*)
MA Bar No.: 675315
Email: jacob.schneider@hklaw.com
Allison M. Lucier, Esq.
(*Pro hac vice*)
MA Bar No.: 569193
Email: allison.lucier@hklaw.com
**HOLLAND & KNIGHT LLP**
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

Deron R. Dacus
Texas Bar No. 00790553
E-mail: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)

*Attorneys for Defendants Cellco
Partnership, d/b/a Verizon Wireless and
Verizon Corporate Services Group Inc.*

/s/ Marc Fenster
Marc Fenster
(Lead Counsel)
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Adam Hoffman
CA State Bar No. 218740
Email: ahoffman@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden

*Attorneys for Defendants T-Mobile USA,
Inc., Sprint LLC, AT&T Services, Inc.,
AT&T Mobility LLC and AT&T Corp.*


Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Texas State Bar No. 24078867
Erik Fountain
efountain@McKoolSmith.com
Texas State Bar No. 24097701
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044


*Attorneys for Defendants AT&T Services,
 Inc., AT&T Mobility LLC and AT&T Corp.*


Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257


*Attorney for Defendants T-Mobile USA,
 Inc. and Sprint LLC*

CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Peter (Qi) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474


Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com


*Attorneys for Plaintiff
Headwater Partners II LLC*

4

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this January 21, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster