# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC, | Case No. 2:24-cv-00015-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant,* | (Lead Case) |
| v. | |
| T-MOBILE USA, INC. AND SPRINT LLC, | **JURY TRIAL DEMANDED** |
| *Defendants and Counterclaim-Plaintiffs.* | |
| HEADWATER PARTNERS II LLC, | Case No. 2:24-cv-00016-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant,* | (Member Case) |
| v. | |
| AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP., | **JURY TRIAL DEMANDED** |
| *Defendants and Counterclaim-Plaintiffs.* | |
| HEADWATER PARTNERS II LLC, | Case No. 2:24-cv-00007-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant,* | (Member Case) |
| v. | |
| CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC., | **JURY TRIAL DEMANDED** |
| *Defendants and Counterclaim-Plaintiffs.* | |

## ORDER GRANTING PLAINTIFF HEADWATER'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY HAYDEN

Before the Court is Plaintiff Headwater Partners II LLC's Unopposed Motion to Withdraw Attorney of Record. Having considered the matter, the Court GRANTS the motion and orders that Amy Hayden is withdrawn as one of Headwater's attorneys of record and that her receipt of electronic notices be terminated.