# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT LLC,<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00015-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00016-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00007-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION AND MOTION TO STAY PENDING INSTITUTION DECISION ON *INTER PARTES* REVIEW OF THE SOLE ASSERTED PATENT ('868 PATENT)**

The Parties[1] jointly stipulate and move to stay the above-captioned cases[2] pending institution decision of *inter partes* review (IPR) on the sole asserted patent, U.S. Patent No. 9,094,868 ("'868 patent"), as follows:

WHEREAS, the Parties jointly moved to dismiss U.S. Patent No. 9,413,502 from the cases, and the Court granted that motion on January 2, 2025 (Dkt. 68 in the -015 case);

WHEREAS, the Parties jointly moved to cancel claim construction proceedings, and the Court granted that motion on January 27, 2025 (Dkt. 70 in the -015 case);

WHEREAS, in February 2025, Headwater disclaimed claims 1-10 and 16-34 of the '868 patent and withdrew those claims from the -007, -015 and -016 cases;

WHEREAS, the only patent claims at issue in the -007, -015 and -016 cases are claims 11-15 of the '868 patent ("Asserted Claims");

WHEREAS, on September 20, 2024, Defendants and Intervenor-Defendants filed an IPR petition (in IPR2024-01468) challenging, *inter alia*, all Asserted Claims of the '868 patent, and an institution decision is expected by May 13, 2025;

WHEREAS, in the cases, significant discovery remains outstanding, no depositions have occurred, and the Parties and the Court have not conducted claim construction briefing or a claim construction hearing.

---

[1] Collectively, the "Parties" are Plaintiff Headwater Partners II LLC ("Headwater"); Defendants T-Mobile USA, Inc and Sprint LLC ("T-Mobile"); Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Verizon"); AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp. ("AT&T") (all together, "Defendants"); and Intervenor-Defendants Ericsson Inc., and Nokia of America Corporation (together "Intervenor-Defendants").

[2] Collectively, the "cases" are *Headwater v. T-Mobile*, 2:24-cv-00015-JRG-RSP (lead case) ("-015 case"); *Headwater v. Verizon*, 2:24-cv-00007-JRG-RSP (member case) ("-007 case"); and *Headwater v. AT&T*, 2:24-cv-00016-JRG-RSP (member case) ("-016 case").

**WHEREFORE, IT IS HEREBY STIPULATED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:**

The Court GRANTS the Parties' joint request to stay the cases pending institution decision of Defendants and Intervenor-Defendants' IPR on the '868 patent. All pending deadlines in the cases are stayed. Within seven days of the institution decision in the IPR (IPR2024-01468), the Parties are ordered to file a joint case management statement apprising the Court of the institution decision and requesting such further relief as may be appropriate.

A proposed order is attached.

Dated: March 10, 2025                                             Respectfully submitted,

/s/ Jacob K. Baron                                                /s/ Marc Fenster
Jacob K. Baron, Esq.                                              Marc Fenster
(Lead Counsel)                                                    (Lead Counsel)
MA Bar No.: 652568                                                CA State Bar No. 181067
Email: jacob.baron@hklaw.com                                      Email: mfenster@raklaw.com
Joshua C. Krumholz, Esq.                                          Reza Mirzaie
(*Pro hac vice*)                                                  CA State Bar No. 246953
MA Bar No.: 552573                                                Email: rmirzaie@raklaw.com
Email: joshua.krumholz@hklaw.com                                  Brian Ledahl
Jacob W. S. Schneider, Esq.                                       CA State Bar No. 186579
(*Pro hac vice*)                                                  Email: bledahl@raklaw.com
MA Bar No.: 675315                                                Ben Wang
Email: jacob.schneider@hklaw.com                                  CA State Bar No. 228712
Allison M. Lucier, Esq.                                           Email: bwang@raklaw.com
(*Pro hac vice*)                                                  Adam Hoffman
MA Bar No.: 569193                                                CA State Bar No. 218740
Email: allison.lucier@hklaw.com                                   Email: ahoffman@raklaw.com
**HOLLAND & KNIGHT LLP**                                          Dale Chang
10 Saint James Avenue; 11th Floor                                 CA State Bar No. 248657
Boston, MA 02116                                                  Email: dchang@raklaw.com
Telephone: 617-523-2700                                           Paul Kroeger
Facsimile: 617-523-6850                                           CA State Bar No. 229074
                                                                  Email: pkroeger@raklaw.com
Deron R. Dacus                                                    Neil A. Rubin
Texas Bar No. 00790553                                            CA State Bar No. 250761
E-mail: ddacus@dacusfirm.com                                      Email: nrubin@raklaw.com

**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)

*Attorneys for Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.*

*Attorneys for Defendants T-Mobile USA, Inc., Sprint LLC, AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp.*

Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Texas State Bar No. 24078867
Erik Fountain
efountain@McKoolSmith.com
Texas State Bar No. 24097701
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*Attorneys for Defendants AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp.*

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorney for Defendants T-Mobile USA, Inc. and Sprint LLC*

Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff Headwater Partners II LLC*

**CERTIFICATE OF SERVICE**

I certify that on March 10, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster
*Counsel for Plaintiff*
*Headwater Partners II LLC*

**CERTIFICATE OF CONFERENCE**

I certify that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties conferred and agreed on filing this Joint Stipulation and Motion.

*/s/ Marc Fenster*
Marc Fenster
*Counsel for Plaintiff*
*Headwater Partners II LLC*