# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant,* v. T-MOBILE USA, INC. AND SPRINT LLC, *Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00015-JRG-RSP (Lead Case) **JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant,* v. AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP., *Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00016-JRG-RSP (Member Case) **JURY TRIAL DEMANDED** |
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant,* v. CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC., *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:24-cv-00007-JRG-RSP (Member Case) **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER ON JOINT MOTION TO STAY**

Before the Court is the Parties[1] joint motion to stay the above-captioned cases[2] pending institution decision of *inter partes* review (IPR) on the sole asserted patent, U.S. Patent No. 9,094,868 ("'868 patent"). The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the above-captioned cases, and all pending deadlines therein, are stayed. Within seven days of the institution decision in Defendants and Intervenor-Defendants' IPR on the '868 patent (IPR2024-01468), the Parties are ordered to file a joint case management statement apprising the Court of the institution decision and requesting such further relief as may be appropriate.

---

[1] Collectively, the "Parties" are Plaintiff Headwater Partners II LLC ("Headwater"); Defendants T-Mobile USA, Inc and Sprint LLC ("T-Mobile"); Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Verizon"); AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp. ("AT&T") (all together, "Defendants"); and Intervenor-Defendants Ericsson Inc., and Nokia of America Corporation (together "Intervenor-Defendants").

[2] The "cases" are *Headwater v. T-Mobile*, 2:24-cv-00015-JRG-RSP (lead case) ("-015 case"); *Headwater v. Verizon*, 2:24-cv-00007-JRG-RSP (member case) ("-007 case"); and *Headwater v. AT&T*, 2:24-cv-00016-JRG-RSP (member case) ("-016 case").