# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00015-JRG-RSP |
| | § | (Lead Case) |
| T-MOBILE USA, INC. and SPRINT LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Parties Joint motion to Stay the Above-Captioned Cases Pending Institution Decision on *Inter Partes Review* of the Sole Asserted Patent. **Dkt. No. 74** The Court, having considered the joint motion, finds that the motion should be **GRANTED** as to all cases consolidated herein.

It is hereby **ORDERED** that the above-captioned consolidated cases, and all pending deadlines therein, are stayed. Within seven days of the institution decision in Defendants and Intervenor-Defendants' IPR on the '868 patent (IPR2024-01468), the Parties are **ORDERED** to file a joint case management statement apprising the Court of the institution decision and requesting such further relief as may be appropriate

**SIGNED this 11th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE