# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant,* v. T-MOBILE USA, INC. AND SPRINT LLC, *Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00015-JRG-RSP (Lead Case) JURY TRIAL DEMANDED |
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant,* v. AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP., *Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00016-JRG-RSP (Member Case) JURY TRIAL DEMANDED |
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant,* v. CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC., *Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00007-JRG-RSP (Member Case) JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

The Parties[1] respectfully submit this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Under Rule 41(a)(1)(A)(ii), an action may be dismissed by the plaintiff without order of court by filing a stipulation of dismissal signed by all parties who have appeared. By stipulation of the Parties and in accordance with Plaintiff's settlement with Defendants, Plaintiff hereby voluntarily dismisses this action with prejudice, and Defendants hereby voluntarily dismiss their counterclaims without prejudice.

Date: January 16, 2026

*/s/ Jacob K. Baron*
Jacob K. Baron, Esq.
(Lead Counsel)
MA Bar No.: 652568
Email: jacob.baron@hklaw.com
Joshua C. Krumholz, Esq.
(*Pro hac vice*)
MA Bar No.: 552573
Email: joshua.krumholz@hklaw.com
Jacob W. S. Schneider, Esq.
(*Pro hac vice*)
MA Bar No.: 675315
Email: jacob.schneider@hklaw.com
Allison M. Lucier, Esq.
(*Pro hac vice*)
MA Bar No.: 569193
Email: allison.lucier@hklaw.com
**HOLLAND & KNIGHT LLP**
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

Deron R. Dacus
Texas Bar No. 00790553

Respectfully submitted,

*/s/ Reza Mirzaie*
Marc Fenster
(Lead Counsel)
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis

---

[1] Collectively, the "Parties" are Plaintiff Headwater Partners II LLC ("Headwater"); Defendants T-Mobile USA, Inc and Sprint LLC ("T-Mobile"); Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Verizon"); AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp. ("AT&T") (all together, "Defendants"); and Intervenor-Defendants Ericsson Inc., and Nokia of America Corporation (together "Intervenor-Defendants").

1

E-mail: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)

*Attorneys for Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.*

*Attorneys for Defendants T-Mobile USA, Inc., Sprint LLC, AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp.*

*Attorneys for Intervenor-Defendant Ericsson Inc.*

*Attorneys for Intervenor-Defendant Nokia of America Corp.*

Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Texas State Bar No. 24078867
Erik Fountain
efountain@McKoolSmith.com
Texas State Bar No. 24097701
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*Attorneys for Defendants AT&T Services, Inc., AT&T Mobility LLC and AT&T Corp.*

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorney for Defendants T-Mobile USA, Inc. and Sprint LLC*

CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff Headwater Partners II LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on January 16, 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Reza Mirzaie*
Reza Mirzaie