# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC. *and* SPRINT LLC,<br><br>*Defendants.* | § § § § § § § § § § | CASE NO. 2:24-CV-00015-JRG-RSP<br>(Lead Case) |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC, *and* AT&T CORP.,<br><br>*Defendants.* | § § § § § § § § § § | CASE NO. 2:24-CV-00016-JRG-RSP<br>(Member Case) |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS *and* VERIZON CORPORATE SERVICES GROUP INC.,<br><br>*Defendants.* | § § § § § § § § § § § § § | CASE NO. 2:24-CV-00007-JRG-RSP<br>(Member Case) |

**<u>ORDER</u>**

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Headwater Partners II LLC ("Plaintiff") and Defendants T-Mobile USA, Inc., Sprint LLC, Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., Ericsson, Inc., and Nokia of America Corporation ("Defendants"). (Dkt. No. 77.) In the Stipulation, the parties represent that the above-captioned Lead and Member cases have been resolved and request dismissal of

Plaintiff's claims in each WITH prejudice, and Defendants' counterclaims in each WITHOUT prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned Lead and Member cases are **DISMISSED WITH PREJUDICE**, and all claims and causes of action asserted by Defendants in the above-captioned Lead and Member cases are **DIMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned Lead and Member cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned Lead and Member cases.

**So ORDERED and SIGNED this 27th day of January, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE